# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GEORGE HUERTA,<br><br>    Plaintiff,<br><br>v.<br><br>CSI ELECTRICAL CONTRACTORS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06761-BLF<br><br>**JUDGMENT AS TO DEFENDANTS MILCO NATIONAL CONSTRUCTORS, INC. AND CALIFORNIA COMPACTION CORPORATION** |

For the reasons set forth in this Court's Final Approval Order, in the above-captioned matter as to the following class of persons:

> All non-exempt employees of Milco National Constructors, Inc. or California Compaction Corporation who worked at the California Flats Solar Project within the period beginning July 30, 2014 through July 16, 2020

JUDGMENT IS HEREBY ENTERED, pursuant to Federal Rule of Civil Procedure 58, as to the above-specified classes of persons, Plaintiff George Huerta ("Plaintiff"), and Defendants Milco National Constructors, Inc. and California Compaction Corporation (collectively, "Settling Defendants") on the terms and conditions of the Settlement Agreement approved by the Court's Final Approval Order, dated April 8, 2021.

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement incorporated into the Final Approval Order.
2. All Released Claims of the Releasing Parties are hereby released as against Settling Defendants and the Released Parties, as defined in the Settlement Agreement.

3. The claims of Plaintiff and the Settlement Class are dismissed on the merits and with prejudice in accordance with the Court's Final Approval Order.

4. Attorney's Fees, Payment of Expenses, Service Award, and Settlement Administrator costs are awarded as set forth in the Final Approval Order.

5. The Parties shall bear their own costs and attorneys' fees, except as otherwise set forth in the Final Approval Order.

6. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7. The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiff, the Settlement Class, and Settling Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED.**

Dated: April 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge